MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718
david.bober@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JULIO VELASQUEZ,

               Petitioner,

               - v. -

BUREAU OF CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

               Respondents.
---------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 7509 (LAP)

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       March 3, 2008

_/s/ Joshua Elliot Bardavid_
JOSHUA ELLIOT BARDAVID, ESQ.
Attorney for Petitioner
401 Broadway, 22nd Floor
New York, NY 10013
Tel. No.: (212) 219-3244

Dated: New York, New York
       March 10, 2008

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED:

_/s/ Loretta A. Preska_
HON. LORETTA A. PRESKA
United States District Judge
March 12, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

By: _/s/ David Bober_
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718